```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

MARIE ALI,

    Plaintiff,
v.                                    CASE No: 8:09-cv-1031-T-33EAJ

CALIFORNIA FIELD IRONWORKERS
TRUST FUND,

    Defendant.
_____/

### ORDER

The record reflects that Plaintiff is appearing *pro se* in this ERISA matter. The Federal Bar Association's Pro Bono Civil Litigation Project offers limited legal services free of charge to those involved in federal litigation without the assistance of an attorney. The Court determines that Plaintiff is an individual who could likely benefit from the free services that the Federal Bar Association provides. In the instance that Plaintiff is interested in taking advantage of these services, Plaintiff should fill out the attached form and mail it to the address provided therein.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>16th</u> day of November 2009.

                                                      VIRGINIA M. HERNANDEZ COVINGTON
                                                    UNITED STATES DISTRICT JUDGE

Copies:

All Counsel and Parties of Record