UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARIE ALI,

    Plaintiff,

v.                                    Case No. 8:09-cv-1031-T-33EAJ

CALIFORNIA FIELD IRONWORKERS
TRUST FUND,

    Defendant.
_____/

### ORDER

This matter is before the Court sua sponte. On January 23, 2010, this Court entered an order granting Defendant's Motion to Dismiss and granting pro se Plaintiff leave to amend the complaint within twenty days of the date of the January 23, 2010 order. (Doc. ## 5, 6, and 22).

Twenty days have passed since entry of the January 23, 2010 order, and Plaintiff failed to file an amended complaint. Thus, the Court finds it appropriate to dismiss this case without prejudice.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) This case is dismissed without prejudice.

(2) The Clerk is directed to terminate all pending motions and deadlines and to **CLOSE** this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 16th day of February, 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All counsel and parties of record